| | |
|---|---|
| DEFENDANT: | COOPER FREDERICK |
| YOB: | 2000 |
| COMPLAINT FILED? | _____ Yes     __X__ No |
| OFFENSE(S): | COUNT 1: Possession of an Unregistered Firearm (Destructive Device), 26 U.S.C. § 5861(d) and 5871.<br>COUNT 2: Malicious (Attempted) Destruction of Property, 18 U.S.C. § 844(i). |
| LOCAT. OF OFFENSE: | Larimer County, Colorado |
| PENALTY: | COUNT 1: NMT 10 years' imprisonment; NMT three years' supervised release; a maximum fine of $10,000; and a $100 mandatory victim's fund assessment fee.<br>COUNT 2: NLT 5 years' imprisonment, NMT 20 years' imprisonment; NMT three years' supervised release; a maximum fine of $250,000; and a $100 mandatory victim's fund assessment fee. |
| AGENT: | Special Agent Brian Kempa, ATF |
| AUTH. BY: | Garreth Winstead, Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

__X__ five days or less     ____ over five days

THE GOVERNMENT

__x__ will seek detention in this case based on 18 U.S.C. § 3142(f)(1)(E).

____ will not seek detention

The statutory presumption of detention is not applicable to this defendant.