**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*8:55 am, Mar 31, 2025*
**JEFFREY P. COLWELL, CLERK**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 25-cr-00105-NYW

UNITED STATES OF AMERICA,

      Plaintiff,

v.

COOPER FREDERICK,

      Defendant.

---

## ENTRY OF APPEARANCE OF COUNSEL FOR DEFENDANT

---

COMES NOW, Richard K. Kornfeld of Recht Kornfeld, P.C. hereby enters his appearance as counsel for the above-named Defendant and further requests that all future documents, pleadings, notices and other matters be directed to the address and telephone number set forth below.

Respectfully submitted,

**RECHT KORNFELD, P.C.**

*s/ Richard K. Kornfeld*
RICHARD K. KORNFELD
Attorney for Defendant Cooper Frederick
1600 Stout Street, Suite 1400
Denver, CO 80202
(303) 573-1900
(303) 446-9400 (fax)
rick@rklawpc.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2025, I electronically filed the foregoing **ENTRY OF APPEARANCE OF COUNSEL FOR DEFENDANT** with the Clerk of Court via email to: cod_criminal_docketing@cod.uscourts.gov.

*s/ Erin Mohr*