IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 25-cr-00105-NYW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

COOPER FREDERICK,

    Defendant.

## ENTRY OF APPEARANCE OF COUNSEL FOR DEFENDANT

COMES NOW, Kelly Page of Recht Kornfeld, P.C. hereby enters her appearance as counsel for the above-named Defendant and further requests that all future documents, pleadings, notices and other matters be directed to the address and telephone number set forth below.

Respectfully submitted,

**RECHT KORNFELD, P.C.**

*s/ Kelly L. Page*
KELLY L. PAGE
Attorney for Defendant Cooper Frederick
1600 Stout Street, Suite 1400
Denver, CO 80202
(303) 573-1900
(303) 446-9400 (fax)
kelly@rklawpc.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2025, I electronically filed the foregoing **ENTRY OF APPEARANCE OF COUNSEL FOR DEFENDANT** with the Clerk of Court via email to: cod_criminal_docketing@cod.uscourts.gov.

*s/ Erin Mohr*