# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No.: 25-CR-00105-NYW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

COOPER FREDERICK,

    Defendant.

---

## UNOPPOSED MOTION TO UNSEAL CASE
---

    The United States of America respectfully requests that this Court unseal this case generally. The defendant was arrested outside of Colorado on March 28, 2025. He is scheduled to make his initial appearance in U.S. District Court later today in the Eastern District of Texas. As a result of the defendant's arrest, there is no further basis for sealing the contents of the underlying case. Accordingly, the Government respectfully requests that this Court issue an order unsealing case number 25-CR-00105-NYW. Counsel for the defendant have indicated they do not oppose this request.

        Respectfully submitted,
        J. Bishop Grewell
        Acting United States Attorney

        *s/E. Garreth Winstead*
        E. GARRETH WINSTEAD
        Assistant U.S. Attorney
        United States Attorney's Office
        District of Colorado
        1801 California Street, Suite 1600
        Denver, CO 80202
        (303) 454-0100
        Email: Garreth.winstead@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that on this 31st day of March, 2025, I electronically filed the **MOTION TO UNSEAL CASE** with the Clerk of the Court using the CM/ECF system that will send notification of such filing to all counsel of record in this case.

*s/Deana Ambrosen*
Legal Assistant
United States Attorney's Office
