
MAR 31 2025
CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § § |
| v. | § § § § |
| COOPER FREDERICK | § |

CASE NO. 4:25-MJ-00102-BD

## ORDER

Because the above-named defendant has testified under oath or has otherwise satisfied this court that he/she (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, the Federal Public Defender is appointed to represent this person in the above-designated case.

The appointment shall remain in effect until terminated or a substitute attorney is appointed.

So ORDERED and SIGNED this March 31, 2025.

_____
BILL DAVIS
UNITED STATES MAGISTRATE JUDGE


UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | CASE NO. 4:25-MJ-00102-BD |
| COOPER FREDERICK | § § § | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the District of Colorado.
I have been informed of the charges and of my rights to:

(1) Retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2) An identity hearing to determine whether I am the person named in the charges;
(3) Production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;
(4) A preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise – unless I am indicted – to determine whether there is a probable cause to believe that an offense has been committed;
(5) A hearing on any motion by the government for detention;
(6) Request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waiver my right(s) to:
☒ an identity hearing and production of the warrant.
☐ a preliminary hearing.
☐ a detention hearing.
☐ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my
☒ preliminary hearing and/or ☒ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.
Date: March 31, 2025.

_____         _____
Defendant                                Signature of defendant's attorney

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION



MAR 3 1 2025

CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § § § § § |
| v. | |
| COOPER FREDERICK | |

CASE NO. 4:25-MJ-00102-BD

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the District of Colorado. The defendant may need an interpreter for this language:

The defendant:  ☒ will retain an attorney.

☐ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED**: The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or office in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: March 31, 2025

_____
BILL DAVIS
UNITED STATES MAGISTRATE

JUDGE