IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 25-cr-00105-NYW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

COOPER FREDERICK,

    Defendant.

---

**UNOPPOSED MOTION FOR MODIFICATION OF MR. FREDERICK'S BOND CONDITIONS THAT ALLOW HIM TO TRAVEL TO STEAMBOAT SPRINGS, COLORADO FROM MAY 24, 2025 THROUGH JULY 5, 2025**

---

Defendant Cooper Frederick, by and through counsel, Kelly L. Page and Richard K. Kornfeld of Recht Kornfeld, P.C., respectfully moves this Court for an Order modifying his bond conditions that allow him to travel to Steamboat Springs, Colorado from May 24, 2025 through July 5, 2025. In support of said Motion, Defendant states as follows:

1. On April 22, 2025, the Court conducted a detention hearing and released Mr. Frederick on bond with conditions. (ECF Doc. 18).

2. One of the conditions allows Mr. Frederick to live in his home state of Texas and to travel to Colorado only for the purpose of attending state and federal court appearances. (Id. at p. 2).

3. At that hearing, counsel flagged for the Court that Mr. Frederick and his family travel to a family property in Steamboat Springs, Colorado during the summer months, and requested an additional bond condition that included permission to travel to Colorado.

1

4. Understandably, the Court raised concerns about Mr. Frederick living in Texas and starting supervision in one state, only to request permission to travel back to Colorado for approximately six weeks. Given those concerns, the Court reserved ruling.

5. Currently, Mr. Frederick has been on bond for one month. He is in compliance with his bond conditions and maintains good communication with his USPO Sholanda Arterberry. Further, the Probation Department does not have any concerns about their ability to transfer the RF unit to ensure Mr. Frederick remains in compliance with his location monitoring conditions while he travels to Steamboat Springs, Colorado.

6. USPO Arterberry does not have any objection to this travel request and she has already contacted local USPO Jason Cohen who is prepared to supervised Mr. Frederick while in Steamboat Springs should the Court approve the request.

7. It should be noted that this should not be considered a vacation for Mr. Frederick. He will continue to work remotely alongside his father, attend his therapy appointments, and comply with all other conditions required by the Court.

8. AUSA Garreth Winstead was consulted about his position on this motion. Mr. Winstead does not oppose this travel request as long as Mr. Frederick coordinates the details with the supervising probation officer.

WHEREFORE, Defendant Cooper Frederick respectfully moves this Court for an Order modifying the conditions of his bond to allow him to travel to Steamboat Springs, Colorado from May 24th 2025 through July 5, 2025.

Respectfully submitted this 24th day of May, 2025

**RECHT KORNFELD, P.C.**

*s/ Kelly L. Page*
Richard K. Kornfeld
Kelly L. Page
Attorneys for Defendant Cooper Frederick
1600 Stout Street, Suite 1400
Denver, Colorado 80202
(303) 573-1900
Fax: (303) 446-9400
rick@rklawpc.com
kelly@rklawpc.com

# CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of May, 2025, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all listed parties.

*s/ Caren Garcia*
Caren Garcia